IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| In re QUENTIN E. ANDERSON, AS5517, <br> Plaintiff. <br> _____ | No. C 16-5558 CRB (PR) <br><br> ORDER OF DISMISSAL |

On September 29, 2016, the clerk filed as a new prisoner action a letter by plaintiff complaining of his conditions of confinement at the California Health Care Facility (CHCF) in Stockton. On that same date, the court notified plaintiff in writing that the action was deficient because he did not file an actual complaint or pay the requisite filing fee or, instead, submit a signed and completed court-approved in forma pauperis (IFP) application. Plaintiff was advised that failure to file the requested items within 28 days would result in dismissal of the action.

More than 60 days have elapsed; however, plaintiff has not provided the court with the requisite items or sought an extension of time to do so. He instead has filed subsequent letters complaining of his conditions of confinement at CHCF. The action is DISMISSED without prejudice to filing a new action accompanied by an actual complaint and IFP application.

The clerk shall close the file and terminate all pending motions as moot.

SO ORDERED.

DATED: 11/18/2016

_____
CHARLES R. BREYER
United States District Judge

G:\PRO-SE\CRB\CR.16\Anderson, Q.16-5558.dsifp.wpd